IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILMA BROWN, on behalf of the HENNY PENNY CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A., as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>Defendant. | No. 3:17-cv-00250-WHR |

**ORDER GRANTING JOINT MOTION TO VACATE ORDER SCHEDULING PRELIMINARY PRETRIAL CONFERENCE AND STAY PROCEEDINGS**

The parties' joint motion to vacate the Order scheduling a preliminary pretrial conference for September 18, 2017 and to stay proceedings in this matter is hereby GRANTED. The Court will reschedule the preliminary pretrial conference, if necessary, after issuing a decision on the forthcoming motion to compel arbitration.

DATE: 9-15-17

_____
UNITED STATES DISTRICT JUDGE