IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILMA BROWN, on behalf of the HENNY PENNY CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN, and on behalf of a class of all other persons similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>WILMINGTON TRUST, N.A., as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>**Defendant.** | Case No. 3:17-CV-00250-WHR |

**PLAINTIFF'S MOTION FOR A STATUS CONFERENCE**

  Plaintiff Wilma Brown, through undersigned counsel, respectfully requests that the Court issue an Order setting a status conference for the purpose of discussing issuance of a scheduling order. On August 27, 2018, the parties attended a telephone conference with the Court, and the Court entered a Minute Entry stating that a Scheduling Order would be filed shortly. A status conference would benefit the parties by allowing them to address any remaining scheduling issues with the Court.

Dated:  May 17, 2019	Respectfully submitted,

MURRAY MURPHY MOUL + BASIL LLP

By: /s/ Brian K. Murphy
Brian K. Murphy (0070654), Trial Attorney
1114 Dublin Road
Columbus, Ohio 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
murphy@mmmb.com

BAILEY & GLASSER LLP

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny  (*pro hac vice*)
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Attorneys for Plaintiff Wilma Brown*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILMA BROWN, on behalf of the HENNY PENNY CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A., as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>Defendant. | Case No. 3:17-CV-00250-WHR |

**[PROPOSED] ORDER SETTING STATUS CONFERENCE**

A telephone status conference is set for _____, 2019, to discuss scheduling and a Scheduling Order.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May 2019, a true and correct copy of the foregoing was served using the Court's CM/ECF system upon Defendant's Counsel:

Michael J. Prame
Sarah L. Martin
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-861-6633
Facsimile: 202-659-4503
E-mail: mprame@groom.com
E-mail: smartin@groom.com

Caroline Gentry
Porter Wright Morris & Arthur LLP
Fifth Third Center
One South Main Street, Suite 1600
Dayton, OH 45402
Telephone: 937-449-6748
Facsimile: 937-449-6820
E-mail: cgentry@porterwright.com

/s/ Brian K. Murphy
Brian K. Murphy
*Trial Attorney for Plaintiff Wilma Brown*