IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| WILMA BROWN, on behalf of the HENNY PENNY CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILMINGTON TRUST, N.A., as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>Defendant. | CASE NO. 3:17-cv-250-WHR<br><br>Judge Walter Herbert Rice |

## DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE THE TRIAL DATE

Defendant Wilmington Trust, N.A. hereby moves to reschedule the trial date in this matter from May 17, 2021 to either the week of June 14 or June 21, 2021, for the reasons set forth in the attached memorandum in support. A proposed order is attached.

Respectfully submitted,

*/s/ Caroline H. Gentry*
Caroline H. Gentry, Trial Attorney (0066138)
PORTER WRIGHT MORRIS & ARTHUR LLP
Fifth Third Center
One South Main Street, Suite 1600
Dayton, OH 45402
(937) 449-6748 (phone)
(937) 449-6820 (fax)
cgentry@porterwright.com

*Trial Attorney for Wilmington Trust, N.A.*

and

Michael J. Prame (pro hac vice)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 861-6633 (phone)
(202) 659-4503 (fax)
mprame@groom.com

Sarah L. Martin (pro hac vice)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 861-0176 (phone)
(202) 659-4503 (fax)
smartin@groom.com

*Attorneys for Wilmington Trust, N.A.*

## MEMORANDUM IN SUPPORT

Defendant Wilmington Trust, N.A. ("Wilmington Trust"), by and through its counsel, respectfully moves to reschedule the trial date in this matter. During a conference on September 11, 2019, the Court and counsel agreed to reschedule the jury trial for May 17, 2021. After that conference, Defendant's lead counsel, Michael Prame, learned that his son will graduate from high school less than one week later on May 23, 2021. To ensure that Mr. Prame is available for his family in the time leading up to and on that day, Defendant seeks to reschedule the trial date.

Accordingly, Defendant respectfully requests that the Court reschedule the trial date from the week of May 17, 2021 to either the week of June 14, 2021 or the week of June 21, 2021. Opposing counsel has been consulted and does not oppose this motion. A proposed order is attached.

Respectfully submitted,

*/s/ Caroline H. Gentry*
Caroline H. Gentry, Trial Attorney (0066138)
PORTER WRIGHT MORRIS & ARTHUR LLP
Fifth Third Center
One South Main Street, Suite 1600
Dayton, OH  45402
(937) 449-6748 (phone)
(937) 449-6820 (fax)
cgentry@porterwright.com

*Trial Attorney for Wilmington Trust, N.A.*

and

Michael J. Prame (pro hac vice)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 861-6633 (phone)
(202) 659-4503 (fax)
mprame@groom.com

Sarah L. Martin (pro hac vice)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 861-0176 (phone)
(202) 659-4503 (fax)
smartin@groom.com

*Attorneys for Wilmington Trust, N.A.*

## CERTIFICATE OF SERVICE

I certify that on November 7, 2019, I filed a copy of the foregoing with the Court's CM/ECF system, which will serve a copy of such filing on all counsel of record.

/s/ Caroline H. Gentry
Caroline H. Gentry
*Trial Attorney for Wilmington Trust, N.A.*

12880580v1