IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| WILMA BROWN, on behalf of the HENNY PENNY CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN, and on behalf of a class of all other persons similarly situated | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:17-cv-00250-WHR |
| v. | ) ) ) | |
| WILMINGTON TRUST, N.A., as successor to Wilmington Trust Retirement and Institutional Services Company, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Caroline Gentry, trial attorney for Defendant Wilmington Trust, N.A. in the above-referenced action, hereby moves this Court to admit Daniel C. Oliverio, *pro hac vice* to appear and participate as counsel or co-counsel in this case for the Defendant.

Movant represents that Daniel C. Oliverio is a member in good standing of the highest court of New York as attested by the accompanying certificate from that court and Daniel C. Oliverio is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required $200.00 fee.

Daniel C. Oliverio understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Daniel C. Oliverio's relevant identifying information is as follows:

> Daniel c. Oliverio
> Hodgson Russ LLP
> The Guaranty Building
> 140 Pearl Street
> Suite 100
> Buffalo, NY  14202
> Telephone:  (716) 856-4000
> Fax:          (716) 819-4701

Respectfully submitted,

*/s/ Caroline Gentry*
Caroline Gentry (0066138)
PORTER WRIGHT MORRIS & ARTHUR LLP
Fifth Third Center
One South Main Street, Suite 1600
Dayton, OH 45402
937-449-6748 (phone)
9370449-6820 (fax)
cgentry@porterwright.com

*Trial Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, I filed a copy of the foregoing with the Court's

CM/ECF system, which will serve a copy of such filing on all counsel of record.


/s/ Caroline Gentry
Caroline Gentry (0066138)
PORTER WRIGHT MORRIS & ARTHUR LLP
Fifth Third Center
One South Main Street, Suite 1600
Dayton, OH 45402
937-449-6748 (phone)
9370449-6820 (fax)
cgentry@porterwright.com

*Trial Attorney for Defendant*

13411700v1